ALFRED PRESTIA *v.* DAVID ZAJAC ET AL.
(12826)

DUPONT, C. J., and O'CONNELL and HENNESSY, Js.

Submitted on briefs March 17—decision released April 18, 1995

*A. Paul Spinella* and *Sandra Cheffetz* filed a brief for the appellant (plaintiff).

*Daniel L. Healy,* assistant city attorney, filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.